**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/21
```

---

PLAYBOY ENTERPRISES INTERNATIONAL, INC.,

        Plaintiff,

        -against-

WWW.PLAYBOYRABBITARS.APP;
WWW.PLAYBOYRABBIT.COM; VOZGEN ZOLO and
JOHN DOES OWNERS/OPERATORS OF THE
COUNTERFEIT WEBSITES,

        Defendant.

---

**21 Civ. 8932 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On November 10, 2021, Plaintiff in the above captioned matter submitted a letter providing the Court with an update on service, and its failed efforts to communicate with Defendants regarding a proposed briefing schedule (<u>See</u> Attached Letter.) Defendants having been served, and upon Plaintiff's request to unseal the matter, the Court determines that the matter need not remain under seal. On November 12, 2021, at 9:30 a.m., the Court held a hearing on Plaintiff's motion for a preliminary injunction, at which point Defendants failed to appear. Accordingly, the Court respectfully requests that the Clerk of Court unseal this case in its entirety and place all filed documents on to the public docket.

**SO ORDERED.**

Dated:    New York, New York
          November 13, 2021

_____
          Victor Marrero
             U.S.D.J.



VENABLE LLP | 1270 AVENUE OF THE AMERICAS
24TH FLOOR | NEW YORK, NY 10020
T +1 212.307.5500  F +1 212.307.5598  Venable.com

November 10, 2021

T 212.370.6289
F 212.307.5598
MBallard@Venable.com

***UNDER SEAL***
***FILED IN-PERSON***
Hon. Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. New York, NY 10007-1312

Re: ***Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, et al.,*** U.S. District
   **Court Southern District of New York - \*SEALED CASE\* - Civ. No. 21-cv-08932**

Dear Judge Marrero:

We represent Plaintiff Playboy Enterprises International, Inc. ("Plaintiff") and write to
provide the Court with an update pursuant to the Court's November 2, 2021 Order ("Order"). First,
we have served the Defendants and third parties pursuant to the Order and include the Affidavit of
Service relating to service as **Exhibit A** hereto. Second, Plaintiff has not heard from any Defendants
and thus will be providing a unilateral report on the proposed briefing schedule and upcoming
hearing scheduled for November 12, 2021 as detailed below.

Plaintiffs served Defendants on November 8, 2021 pursuant to the Order. Plaintiff's counsel
has not received any correspondence from any of the Defendants and accordingly we could not
confer with the Defendants or any of their representatives to submit a joint update to the Court or a
proposed briefing schedule. Per the Court's Order, Plaintiff advises the Court that it believes that the
case no longer needs to be under seal at this time as the Defendants have been served as well as the
relevant third parties.

Plaintiff is prepared to request at the November 12, 2021 hearing that the Court confirm its
seizure order and convert the temporary restraining order in this case to a preliminary injunction. At
that time Plaintiff will also request that the security for the seizure order be released, and that the
security for the temporary restraining order be converted to security for a preliminary injunction.

Respectfully Submitted,

Marcella Ballard

VENABLE LLP
Attorneys for Plaintiff Playboy Enterprises
International, Inc.

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PLAYBOY ENTERPRISES INTERNATIONAL, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 21-cv-08932 |
| | : | **FILED UNDER SEAL** |
| v. | : | |
| WWW.PLAYBOYRABBITARS.APP, et al.. | : | |
| Defendants. | : | |
| | : | |

### AFFIDAVIT OF SERVICE

I, Maria Sinatra, swear and state as follows:

1.  I am over the age of eighteen (18) and am competent to attest to this Declaration.

2.  I have personal knowledge of the facts set forth herein, and if called to testify, I could and would testify competently hereto.

3.  I am an attorney at Venable, LLP, counsel of record for the Plaintiff Playboy Enterprises International, Inc. in this action.

4.  Pursuant to the Court's order granting alternative service via email or other electronic means and/or by overnight courier, I served the Defendants via email on November 8, 2021. Details of that service of process are below.

5.  On November 8, 2021, I served a copy of the following materials on the Defendants[1] via email requesting delivery and read receipts:

---

[1] www.playboyrabbitars.app, www.playboyrabbit.com, Vozgen Zolo, and John Does Owners/Operators of the Counterfeit Websites (collectively "Defendants").

    a. Complaint
       i. Complaint Exhibits 1-8
    b. Plaintiff's *Ex Parte* Motion for Order Sealing Record
       i. Proposed Order Granting Motion to Seal
    c. Plaintiff's Emergency *Ex Parte* Application for Temporary Restraining Order and Additional Relief
       i. Memorandum of Law in Support of *Ex Parte* Application
       ii. Proposed Order Granting Emergency *Ex Parte* Motion for Temporary Restraining Order and Additional Relief
    d. Declaration of Marcella Ballard in Support of Plaintiff's Emergency *Ex Parte* Motion and Exhibits A, and B
    e. Declaration of Sid Nasr in Support of Plaintiff's Emergency *Ex Parte* Motion
    f. Declaration of Jennifer McCarthy in Support of Plaintiff's Emergency *Ex Parte* Motion
    g. Order Granting *Ex Parte* Relief and Order to Show Cause Setting Hearing
    h. Scheduling Order from Court Re-Scheduling Order to Show Cause Hearing to Nov. 12, 2021
    i. Rule 7.1 Corporate Disclosure Statement for Plaintiff Playboy Enterprises International, Inc.
    j. AO 120 Form Report on Filing of Action Regarding a Trademark
    k. Summonses Issued By the Clerk of the Court

6. The text of each email read substantially as follows:

Dear Sir or Madam:

    You have been named as a defendant in a complaint filed by Playboy Enterprises International, Inc. ("Plaintiff") in the United States District Court for the Southern District of New York. Pursuant to the Order granting Plaintiff's Motion for *Ex Parte* Temporary Restraining Order and Other Relief (enclosed within link), the Court has permitted service in this matter via email and overnight courier, among other means. You are hereby served with the following documents accessible via this link:
https://venable.sharefile.com/d-s690f396ab2dc48fd9c4a890e59446afe

1. Complaint
    a. Complaint Exhibits 1-8
2. Plaintiff's *Ex Parte* Motion for Order Sealing Record
    a. Proposed Order Granting Motion to Seal
3. Plaintiff's Emergency *Ex Parte* Application for Temporary Restraining Order and Additional Relief
    a. Memorandum of Law in Support of *Ex Parte* Application
    b. Proposed Order Granting Emergency *Ex Parte* Motion for Temporary Restraining Order and Additional Relief
4. Declaration of Marcella Ballard in Support of Plaintiff's Emergency *Ex Parte* Motion and Exhibits A, and B
5. Declaration of Sid Nasr in Support of Plaintiff's Emergency *Ex Parte* Motion
6. Declaration of Jennifer McCarthy in Support of Plaintiff's Emergency *Ex Parte* Motion
7. Order Granting *Ex Parte* Relief and Order to Show Cause Setting Hearing
8. Scheduling Order from Court Re-Scheduling Order to Show Cause Hearing to Nov. 12, 2021
9. Rule 7.1 Corporate Disclosure Statement for Plaintiff Playboy Enterprises International, Inc.
10. AO 120 Form Report on Filing of Action Regarding a Trademark

11. Summonses Issued By the Clerk of the Court

Please take notice that the U.S. District Court for the Southern District of New York granted Playboy Enterprises International, Inc.'s Motion for a Temporary Restraining Order on November 2, 2021. A copy of the order—which you must fully comply with—along with all supporting documents, are accessible via the link above. The Court then issued a modified scheduling order on November 5, 2021 moving the Order to Show Cause Hearing to November 12, 2021 at 9:30 AM EST. The documents are available via the above link until March 8, 2022. Please confirm receipt of this e-mail, and please let us know immediately if you have any trouble accessing the linked documents. If we do not hear from you, we will assume you were able to access the linked documents without any trouble.

In particular, please pay attention to the attached (1) Summons(es) issued in your name(s), and (2) Orders granting (i) *Ex Parte* Temporary Restraining Order and Additional Relief, and (ii) scheduling order setting a hearing date of November 12, 2021 at 9:30 AM Eastern Standard Time. **These Orders require your immediate attention**, in that they require you to take and refrain from certain activities, among other things. Violation of these Orders, and failure to appear at the November 12, 2021 hearing, could result in adverse action being taken against you.

Sincerely,

Maria Sinatra

**Maria R. Sinatra, Esq. | Venable LLP**
t 212.370.6247 | f 212.307.5598
Rockefeller Center, 1270 Avenue of the Americas, 24th Floor, New York, NY 10020

MRSinatra@Venable.com | www.Venable.com

7.     A list of Defendants' email addresses that were served by me on November 8,

2021 is attached as **Exhibit A**.

8.     True and correct copies of the delivery receipts I received from the service emails

I sent are attached within **Exhibit B** attached hereto.

9.     I received an undeliverable receipt from the email ulomskypavel@mail.ru.

3

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 9, 2021

MARIA SINATRA

# EXHIBIT A

1. dimariasharona_1993@hotmail.com

2. lomascheppke19931@outlook.com

3. ellenaruehl19932@outlook.com

4. jemmyyore199961@outlook.com

5. kundananifortune_1999@hotmail.com

6. louanndetten1998054@hotmail.com

7. houskeeperdaisy_2002@hotmail.com

8. dubrowchanning_1996@hotmail.com

9. rosanerossie_1997@hotmail.com

10. liparikeshaun_2002@hotmail.com

11. judahhousholder20000@hotmail.com

12. yoshidagriffin_1993@hotmail.com

13. maddinggeoffrey_1993@hotmail.com

14. drymonbalfour_1998@hotmail.com

15. parlatodexter_1998@hotmail.com

16. idelltranter200159@hotmail.com

17. linnetteeye2002916@hotmail.com

18. 68232f5026b54abfb5f564d45faceaed.protect@withheldforprivacy.com

19. ulomskypavel@mail.ru

# EXHIBIT B

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | dimariasharona_1993@hotmail.com |
| **Subject:** | Relayed: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order |
| **Date:** | Monday, November 8, 2021 5:36:34 PM |
| **Attachments:** | URGENT CONFIDENTIAL- Playboy Enterprises International Inc. v. www.playboyrabbitars.app Case No. 21-cv-08932 (VM) SEALED CASE - Service of Process Court Order.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:
dimariasharona_1993@hotmail.com (dimariasharona_1993@hotmail.com)
<mailto:dimariasharona_1993@hotmail.com>
Subject: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | lomascheppke19931@outlook.com |
| **Subject:** | Relayed: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order |
| **Date:** | Monday, November 8, 2021 5:36:34 PM |
| **Attachments:** | URGENT CONFIDENTIAL- Playboy Enterprises International Inc. v. www.playboyrabbitars.app Case No. 21-cv-08932 (VM) SEALED CASE - Service of Process Court Order.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

lomascheppke19931@outlook.com (lomascheppke19931@outlook.com)
<mailto:lomascheppke19931@outlook.com>
Subject: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order

**From:** Microsoft Outlook
**To:** ellenaruehl19932@outlook.com
**Subject:** Relayed: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order
**Date:** Monday, November 8, 2021 5:36:34 PM
**Attachments:** URGENT CONFIDENTIAL- Playboy Enterprises International Inc. v. www.playboyrabbitars.app Case No. 21-cv-08932 (VM) SEALED CASE - Service of Process Court Order.msg

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:
ellenaruehl19932@outlook.com (ellenaruehl19932@outlook.com)
<mailto:ellenaruehl19932@outlook.com>
Subject: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | jemmyyore199961@outlook.com |
| **Subject:** | Relayed: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order |
| **Date:** | Monday, November 8, 2021 5:36:34 PM |
| **Attachments:** | URGENT CONFIDENTIAL- Playboy Enterprises International Inc. v. www.playboyrabbitars.app Case No. 21-cv-08932 (VM) SEALED CASE - Service of Process Court Order.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

jemmyyore199961@outlook.com (jemmyyore199961@outlook.com) <mailto:jemmyyore199961@outlook.com>

Subject: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | kundananifortune_1999@hotmail.com |
| **Subject:** | Relayed: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order |
| **Date:** | Monday, November 8, 2021 5:36:34 PM |
| **Attachments:** | URGENT CONFIDENTIAL- Playboy Enterprises International Inc. v. www.playboyrabbitars.app Case No. 21-cv-08932 (VM) SEALED CASE - Service of Process Court Order.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

kundananifortune_1999@hotmail.com (kundananifortune_1999@hotmail.com) <mailto:kundananifortune_1999@hotmail.com>

Subject: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | louanndetten1998054@hotmail.com |
| **Subject:** | Relayed: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order |
| **Date:** | Monday, November 8, 2021 5:36:34 PM |
| **Attachments:** | URGENT CONFIDENTIAL- Playboy Enterprises International Inc. v. www.playboyrabbitars.app Case No. 21-cv-08932 (VM) SEALED CASE - Service of Process Court Order.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

louanndetten1998054@hotmail.com (louanndetten1998054@hotmail.com)
<mailto:louanndetten1998054@hotmail.com>
Subject: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v.
www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of
Process & Court Order

| From: | Microsoft Outlook |
|---|---|
| To: | houskeeperdaisy_2002@hotmail.com |
| Subject: | Relayed: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order |
| Date: | Monday, November 8, 2021 5:36:34 PM |
| Attachments: | URGENT CONFIDENTIAL- Playboy Enterprises International Inc. v. www.playboyrabbitars.app Case No. 21-cv-08932 (VM) SEALED CASE - Service of Process Court Order.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

houskeeperdaisy_2002@hotmail.com (houskeeperdaisy_2002@hotmail.com)
<mailto:houskeeperdaisy_2002@hotmail.com>
Subject: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | dubrowchanning_1996@hotmail.com |
| **Subject:** | Relayed: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order |
| **Date:** | Monday, November 8, 2021 5:36:34 PM |
| **Attachments:** | URGENT CONFIDENTIAL- Playboy Enterprises International Inc. v. www.playboyrabbitars.app Case No. 21-cv-08932 (VM) SEALED CASE - Service of Process Court Order.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

dubrowchanning_1996@hotmail.com (dubrowchanning_1996@hotmail.com) <mailto:dubrowchanning_1996@hotmail.com>

Subject: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order

| From: | Microsoft Outlook |
|---|---|
| To: | rosanerossie_1997@hotmail.com |
| Subject: | Relayed: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order |
| Date: | Monday, November 8, 2021 5:36:34 PM |
| Attachments: | URGENT CONFIDENTIAL- Playboy Enterprises International Inc. v. www.playboyrabbitars.app Case No. 21-cv-08932 (VM) SEALED CASE - Service of Process Court Order.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

rosanerossie_1997@hotmail.com (rosanerossie_1997@hotmail.com) <mailto:rosanerossie_1997@hotmail.com>

Subject: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | liparikeshaun_2002@hotmail.com |
| **Subject:** | Relayed: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order |
| **Date:** | Monday, November 8, 2021 5:36:34 PM |
| **Attachments:** | URGENT CONFIDENTIAL- Playboy Enterprises International Inc. v. www.playboyrabbitars.app Case No. 21-cv-08932 (VM) SEALED CASE - Service of Process Court Order.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

liparikeshaun_2002@hotmail.com (liparikeshaun_2002@hotmail.com) <mailto:liparikeshaun_2002@hotmail.com>

Subject: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | judahhousholder20000@hotmail.com |
| **Subject:** | Relayed: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order |
| **Date:** | Monday, November 8, 2021 5:36:34 PM |
| **Attachments:** | URGENT CONFIDENTIAL- Playboy Enterprises International Inc. v. www.playboyrabbitars.app Case No. 21-cv-08932 (VM) SEALED CASE - Service of Process Court Order.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

judahhousholder20000@hotmail.com (judahhousholder20000@hotmail.com)
<mailto:judahhousholder20000@hotmail.com>
Subject: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v.
www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of
Process & Court Order

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | yoshidagriffin_1993@hotmail.com |
| **Subject:** | Relayed: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order |
| **Date:** | Monday, November 8, 2021 5:36:34 PM |
| **Attachments:** | URGENT CONFIDENTIAL- Playboy Enterprises International Inc. v. www.playboyrabbitars.app Case No. 21-cv-08932 (VM) SEALED CASE - Service of Process Court Order.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:
yoshidagriffin_1993@hotmail.com (yoshidagriffin_1993@hotmail.com)
<mailto:yoshidagriffin_1993@hotmail.com>
Subject: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | maddinggeoffrey_1993@hotmail.com |
| **Subject:** | Relayed: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order |
| **Date:** | Monday, November 8, 2021 6:25:15 PM |
| **Attachments:** | URGENT CONFIDENTIAL- Playboy Enterprises International Inc. v. www.playboyrabbitars.app Case No. 21-cv-08932 (VM) SEALED CASE - Service of Process Court Order.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

maddinggeoffrey_1993@hotmail.com (maddinggeoffrey_1993@hotmail.com) <mailto:maddinggeoffrey_1993@hotmail.com>

Subject: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order

| From: | Microsoft Outlook |
|---|---|
| To: | drymonbalfour_1998@hotmail.com |
| Subject: | Relayed: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order |
| Date: | Monday, November 8, 2021 5:36:34 PM |
| Attachments: | URGENT CONFIDENTIAL- Playboy Enterprises International Inc. v. www.playboyrabbitars.app Case No. 21-cv-08932 (VM) SEALED CASE - Service of Process Court Order.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

drymonbalfour_1998@hotmail.com (drymonbalfour_1998@hotmail.com) <mailto:drymonbalfour_1998@hotmail.com>
Subject: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | parlatodexter_1998@hotmail.com |
| **Subject:** | Relayed: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order |
| **Date:** | Monday, November 8, 2021 5:36:34 PM |
| **Attachments:** | URGENT CONFIDENTIAL- Playboy Enterprises International Inc. v. www.playboyrabbitars.app Case No. 21-cv-08932 (VM) SEALED CASE - Service of Process Court Order.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

parlatodexter_1998@hotmail.com (parlatodexter_1998@hotmail.com) <mailto:parlatodexter_1998@hotmail.com>

Subject: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | idelltranter200159@hotmail.com |
| **Subject:** | Relayed: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order |
| **Date:** | Monday, November 8, 2021 5:36:34 PM |
| **Attachments:** | URGENT CONFIDENTIAL- Playboy Enterprises International Inc. v. www.playboyrabbitars.app Case No. 21-cv-08932 (VM) SEALED CASE - Service of Process Court Order.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:
idelltranter200159@hotmail.com (idelltranter200159@hotmail.com)
<mailto:idelltranter200159@hotmail.com>
Subject: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order

From:       Microsoft Outlook
To:         linnetteeye2002916@hotmail.com
Subject:    Relayed: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case
            No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order
Date:       Monday, November 8, 2021 5:36:34 PM
Attachments: URGENT CONFIDENTIAL- Playboy Enterprises International Inc. v. www.playboyrabbitars.app Case No. 21-cv-
            08932 (VM) SEALED CASE - Service of Process Court Order.msg

Delivery to these recipients or groups is complete, but no delivery notification was sent by the
destination server:
linnetteeye2002916@hotmail.com (linnetteeye2002916@hotmail.com)
<mailto:linnetteeye2002916@hotmail.com>
Subject: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v.
www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of
Process & Court Order

**From:** Microsoft Outlook
**To:** 68232f5026b54abfb5f564d45faceaed.protect@withheldforprivacy.com
**Subject:** Relayed: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order
**Date:** Monday, November 8, 2021 5:36:34 PM
**Attachments:** URGENT CONFIDENTIAL- Playboy Enterprises International Inc. v. www.playboyrabbitars.app Case No. 21-cv-08932 (VM) SEALED CASE - Service of Process Court Order.msg

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:
68232f5026b54abfb5f564d45faceaed.protect@withheldforprivacy.com
(68232f5026b54abfb5f564d45faceaed.protect@withheldforprivacy.com)
<mailto:68232f5026b54abfb5f564d45faceaed.protect@withheldforprivacy.com>
Subject: URGENT & CONFIDENTIAL- Playboy Enterprises International, Inc. v. www.playboyrabbitars.app, Case No. 21-cv-08932 (VM) *SEALED CASE* - Service of Process & Court Order