UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/21
```

PLAYBOY ENTERPRISES INTERNATIONAL, INC.,

        Plaintiff,

    -against-

WWW.PLAYBOYRABBITARS.APP;
WWW.PLAYBOYRABBIT.COM; VOZGEN ZOLO and
JOHN DOES OWNERS/OPERATORS OF THE
COUNTERFEIT WEBSITES,

        Defendant.

21 Civ. 8932 (VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

    The show cause and seizure confirmation hearing scheduled in the above-referenced matter for November 19, 2021, is hereby rescheduled to Friday, November 12, 2021, at 9:30 a.m.

**SO ORDERED.**

Dated:    New York, New York
            November 5, 2021

                                                   Victor Marrero
                                                    U.S.D.J.